No. 1187, Misc.   MINK v. MICHIGAN DEPARTMENT OF CORRECTIONS.   Sup. Ct. Mich.   Certiorari denied.

No. 1190, Misc.   RAMIREZ v. EYMAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1191, Misc.   YLAGAN v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 7th Cir.   Certiorari denied. *Richard W. Lowery* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for respondent.

No. 1192, Misc.   MATUTINA v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 7th Cir.   Certiorari denied. *Richard W. Lowery* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for respondent.

No. 1193, Misc.   JOHNSON, AKA JOHNSTON v. SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 1194, Misc.   SALAZAR v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 1198, Misc.   JOSEPH v. LAVALLEE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 1199, Misc.   BROWN ET AL. v. CHASTAIN ET AL.   C. A. 5th Cir.   Certiorari denied. *Tobias Simon* for petitioners. *Thomas C. Britton* for respondents.

No. 1204, Misc.   GEORGE v. RUSSELL, WARDEN.   C. A. 6th Cir.   Certiorari denied.